THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jeremy Kelley, Appellant.
 
 
 

Appeal From Aiken County
 L. Casey Manning, Circuit Court Judge
Unpublished Opinion No.  2008-UP-024
Submitted January 2, 2008  Filed January
 10, 2008
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission
 of Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.  
 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; and Solicitor Barbara R. Morgan, of
 Aiken, for Respondent.
 
 
 

PER CURIAM:  Jeremy
 Kelley appeals his sentence of fifteen years imprisonment for five counts of second-degree
 burglary and four counts of grand larceny.  On appeal, Kelley maintains the
 trial court, by advising him of his right to appeal, rendered his plea
 conditional and, therefore, invalid.  After a thorough review of the record and
 counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967),
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss
 Kelleys appeal and grant counsels motion to be relieved.  
APPEAL DISMISSED.[1]   
ANDERSON,
 SHORT, and WILLIAMS, JJ,. concur.  

[1] We decide this case without oral arguments pursuant
 to Rule 215, SCACR.